1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TUVALU TUTUILA FAUSIA,              )    NO. SA CV 08-278-R(E)
                                         )
12                  Petitioner,          )
                                         )
13        v.                             )              JUDGMENT
                                         )
14   DEBRA DEXTER, Warden,               )
                                         )
15                  Respondent.          )
                                         )
16   _____)

17

18        Pursuant to the Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS ADJUDGED that the Petition is denied and dismissed with

22   prejudice.

23

24   DATED: August 14, 2008.

25

26                              _____
                                          MANUEL L. REAL
27                              UNITED STATES DISTRICT JUDGE

28